UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| ERIC FLORES, ) | |
| ) | |
| PETITIONER ) | |
| ) | |
| v. ) | MISC. NO. 2:15-MC-337-DBH |
| ) | |
| UNITED STATES ATTORNEY ) | |
| GENERAL, ET AL., ) | |
| ) | |
| RESPONDENTS | |

ORDER ON PETITIONER'S REQUEST FOR LEAVE TO FILE

The request for leave to file is **DENIED**. (The petitioner was previously enjoined from filing without permission because of frivolous filings. See Order Affirming Recommended Decision of the Magistrate Judge dated September 26, 2013, D. Me. No. 2:13-cv-325-DBH (ECF No. 8).) The proposed "petition challenging the constitutionality of the first amendment" is frivolous. Moreover, the petition fails to show any reason why this District of Maine would be a proper venue for the proposed lawsuit. The petitioner appears to live in El Paso, Texas and wants to sue the Federal Bureau of Investigation at its El Paso office and the Attorney General of the United States in Washington, D.C. To the extent I can understand the contents of the proposed petition, no conduct is alleged to have occurred in Maine.

SO ORDERED.

DATED THIS 19TH DAY OF OCTOBER, 2015

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE